In the Matter of Jacob Bednarsh et al. against S. Howard Cohen et al., Constituting the Board of Elections of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 133.] Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

Josephine DePinto, as Administratrix of the Estate of Mauro DePinto, Deceased, v. O'Donnell Transportation Co., Inc., et al.— Motion for reargument of appeal from judgment entered February 19, 1943, as amended by an order entered on February 25, 1943, and from part of an order entered March 9, 1943, or for a resettlement of the order of this court entered November 26, 1943, denied, with ten dollars costs. [See 266 App. Div. 1002.] Present — Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of Joseph Hussey et al. S. Howard Cohen et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 1002.] Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

In the Matter of Elizabeth Kanestrin et al. S. Howard Cohen et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 1002.] Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

Troy Savings Bank v. Rebecca Scheer.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 987.] Present — Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between Montifiore G. Kahn and National City Bank of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 991.] Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J. taking no part.

Michael F. Allen v. City of New York.— Motion for leave to appeal to the Court of Appeals granted. [See 266 App. Div. 987.] Present — Townley, Glennon, Untermyer and Dore, JJ.

1035 Fifth Avenue Corporation v. Carolyn Trippe.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. The time of the defendant to answer the third amended complaint is extended until five days after service of order, on payment of said costs and the costs awarded by the order of this court entered November 26, 1943. [See ante, p. 131.] Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

## (December 17, 1943.)

In the Matter of Milton Prince, Petitioner, against Lewis J. Valentine, as Commissioner of the Police Department of the City of New York, Respondent. — Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ. [See post, p. 809.]

Ann Clavin, Respondent, v. Joseph P. Clavin et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Morris S. Kitzen, Appellant.— Judgment unanimously affirmed. No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.